## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Donna Bailey v. Bayer Corporation, et al.* | No. 3:13-cv-10200-DRH |
| *Rosalind Barbieux v. Bayer Corporation, et al.* | No. 3:12-cv-10538-DRH |
| *Elise Brown v. Bayer Corporation, et al.* | No. 3:11-cv-12658-DRH |
| *Kristen Callahan v. Bayer Corporation, et al.* | No. 3:12-cv-10543-DRH |
| *Nicole Curtis v. Bayer Corporation, et al.* | No. 3:10-cv-10326-DRH |
| *Laurie Haefele v. Bayer Corporation, et al.* | No. 3:11-cv-13334-DRH |
| *Christina Juarez v. Bayer Corporation, et al.* | No. 3:10-cv-20039-DRH |
| *Trista Kellos v. Bayer Corporation, et al.* | No. 3:12-cv-10415-DRH |
| *Betsy Anne Pittman v. Bayer Corporation, et al.* | No. 3:11-cv-20175-DRH |
| *Carla Wesner v. Bayer HealthCare LLC, et al.* | No. 3:12-cv-11062-DRH |
| *Gina Zilmer v. Bayer Corporation, et al.* | No. 3:12-cv-10542-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 26, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

<div style="margin-left:40%;">

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:   /s/*Caitlin Fischer***
        **Deputy Clerk**

</div>

**Dated:** August 26, 2014

Digitally signed
by David R.
Herndon
Date: 2014.08.26
14:52:16 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**